**Electronically Filed
Supreme Court
SCPW-20-0000560
06-NOV-2020
01:09 PM
Dkt. 35 ODDP**

SCPW-20-0000560

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ISAIAH W. MCCOY, Petitioner,

vs.

THE HONORABLE TODD W. EDDDINS, Judge of the Circuit Court of the
First Circuit, State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI and FRANCIS SEQUEIRA, Warden,
Oʻahu Community Correctional Center, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 1CPC-19-0001279)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
AND SECOND AMENDMENT TO PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Kuriyama, assigned by reason of vacancy)

Upon consideration of petitioner Isaiah W. McCoy's petition for writ of habeas corpus, filed on October 29, 2020, the amendments, and the record, it cannot be said that the respondent judge committed a flagrant and manifest abuse of discretion in revoking bail under the specific facts and circumstances of this case, or that petitioner is entitled to the

requested extraordinary relief from this court.  <u>See, e.g.</u>, HRS §§ 804-3(b) and 807-7.3; <u>Oili v. Chang</u>, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus and the second amendment to the petition for writ of habeas corpus are denied.

DATED: Honolulu, Hawaiʻi, November 6, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Christine E. Kuriyama